**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.  18-cv-80764-BB**

KEPLER LAURORE,

      Plaintiff,

v.

MARINER FINANCE, LLC,

      Defendant.
_____/

## ORDER ON MOTION TO COMPEL ARBITRATION

**THIS CAUSE** is before the Court upon Defendant's Motion to Compel Arbitration and to Dismiss Plaintiff's Claim.  *See* ECF No. [10].  On August 14, 2018, Plaintiff submitted his response, informing the Court that the parties agree to arbitrate this matter and requesting the Court to stay the case pending the conclusion of the arbitration.  *See* ECF No. [25].  The Court, having reviewed these submissions and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Compel Arbitration, **ECF No. [10]**, is **DENIED** as **MOOT**;

2. The parties' request to stay this case pending resolution of arbitration is **GRANTED**.  Accordingly, this case is **ADMINISTRATIVELY CLOSED** for statistical purposes only.  Either party may move to reopen the case at the appropriate time.

3. Defendant will bear its own attorneys' fees and costs with respect to its motion to compel arbitration.

4. Plaintiff shall commence arbitration proceedings within sixty (60) days of the date

Case No. 18-cv-80764-BB

of this order, or if arbitration is not so commenced, either party may file a notice requesting dismissal of the action, without prejudice.

**DONE AND ORDERED** in Miami, Florida this 4th day of September, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record